UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JACK ALLEN DAHL,<br><br>　　　　Defendant/Judgment Debtor,<br><br>　　and<br><br>MASTER DRYWALL FINISHERS, LLC,<br><br>　　　　　Garnishee. | Cause No. MC21-0082RSL<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

　　　This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for a continuing lien on the earnings of Judgment Debtor Jack Allen Dahl. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-3) submitted by plaintiff's counsel on July 22, 2021.

　　　Dated this 26th day of July, 2021.

　　　　　　　　　　　　　　　　　/s/ Robert S. Lasnik
　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT - 1

Case 2:21-mc-00082-RSL   Document 2   Filed 07/26/21   Page 2 of 2