UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EMPLOYEE PAINTERS' TRUST, *et al.*,

Plaintiffs,

v.

JACK ALLEN DAHL,

Defendant/Judgment Debtor,

and

MASTER DRYWALL FINISHERS, LLC,

Garnishee.

Cause No. MC21-0082RSL

ORDER DECLINING TO ISSUE WRIT OF GARNISHMENT

This matter comes before the Court on plaintiffs' "Application for Renewed Writ of Garnishment" for a continuing lien on the earnings of Judgment Debtor Jack Allen Dahl. The Court previously granted a similar application (Dkt. # 2) and the writ was issued on July 26, 2021 (Dkt. # 3). There is no indication that the writ was served on either the judgment debtor or the garnishee, however, nor is there a garnishee answer on file.

The underlying judgment in this matter awarded plaintiffs attorney's fees and costs in the amount of $8,445.91. Plaintiffs inexplicably seek to garnish an additional $3,127.17 in "Costs and Attorney's Fees" plus "Estimated Garnishment Costs" of $555.02, including another $300 in "Garnishment Attorney Fees." Dkt. # 4-2 at 2. Some of these fees and costs appear to be related to the writ that was previously issued and abandoned. Absent some justification for the excessive

ORDER DECLINING TO ISSUE WRIT OF GARNISHMENT - 1

and duplicative fees and costs demanded,[1] the Court declines to issue the proposed writ.

Dated this 29th day of September, 2021.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

---

[1] To the extent plaintiffs are incurring fees in their continuing efforts to audit Dahl Construction's payroll and related records, the Honorable Ricardo S. Martinez retained jurisdiction over the underlying matter to enter an amended judgment upon determination of the total amounts owed and related fees and costs. C19-1541RSM, Dkt. # 17 at 8-10. Chief Judge Martinez stressed that plaintiffs will be required to support any request for additional fees and costs through further briefing and the submission of evidence in the underlying case. Unadjudicated and unawarded amounts cannot simply be added to a writ of garnishment for collection.

ORDER DECLINING TO ISSUE WRIT OF GARNISHMENT - 2