UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EMPLOYEE PAINTERS' TRUST, *et al.*,

    Plaintiffs,

v.

DAHL CONSTRUCTION SERVICE, INC., *et al.*,

    Defendants/Judgment Debtors,

and

MASTER DRYWALL FINISHERS LLC,

    Garnishee.

Cause No. MC21-0082RSL

ORDER DECLINING TO ENTER JUDGMENT AGAINST GARNISHEE

This matter comes before the Court on plaintiffs' "Motion for Judgment Against Garnishee Master Drywall Finishers LLC." Dkt. # 9. The underlying judgment in this matter was for $8,445.91, with post-judgment interest unstated and therefore accruing at the federal rate. Dkt. # 1-1. Plaintiffs seek judgment on an additional $1,871.00 in "fees" and $459.91 in "costs" plus the fees and costs associated with this garnishment action. Dkt. # 9-1. The additional $2,330.91 in fees and costs are unexplained. They may have been incurred by the Trusts since the underlying judgment was entered on July 6, 2020, but they were not made part of the underlying judgment, have not been awarded by any court, and cannot simply be added to defendants' debt through this garnishment proceeding. The only fees and costs recoverable here

ORDER DECLINING TO ENTER JUDGMENT
AGAINST GARNISHEE - 1

are those incurred in drafting, filing, and serving the writ of garnishment, which are reported to be $452.01. The Court declines to enter judgment as requested.[1]

Dated this 6th day of March, 2022.

*MrS Lasnik*
Robert S. Lasnik
United States District Judge

---

[1] Plaintiffs and their counsel shall not include post-judgment/pre-garnishment fees and costs in future applications for writs of garnishment.

ORDER DECLINING TO ENTER JUDGMENT
AGAINST GARNISHEE - 2